**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-7588**

ANDREW WOLTERS,

                    Petitioner - Appellant,

          v.

ERIC HOLDER, U.S. Attorney General;  C. ZYCH, Prison Warden,

                    Respondents - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Jackson L. Kiser, Senior
District Judge.  (7:11-cv-00509-JLK-RSB)

Submitted:  February 16, 2012      Decided:  February 23, 2012

Before SHEDD, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Andrew Wolters, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andrew Wolters, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2011) petition and the district court's order denying his motion to reconsider. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Wolters v. Holder, No. 7:11-cv-00509-JLK-RSB (W.D. Va. Oct. 31, 2011, Nov. 22, 2011). We deny Wolters' motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2